USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                    :             19-CV-1578 (VEC)

IN RE: NAVIDEA BIOPHARMACEUTICALS    :
LITIGATION                              :              <u>ORDER</u>
                                    :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 15, 2020, a call was held between the Court and the parties in the

above-captioned cases;

      IT IS HEREBY ORDERED THAT:

1.     No later than **January 22, 2020**, the parties must meet and confer for not less than

three hours on mutually acceptable electronic search terms that can be used to

narrow the production of documents from Defendant Goldberg's email box.  In

order to maximize the utility of the meet and confer, the parties must exchange

proposed search terms not later than 6:00 p.m., on January 17, 2020.  If the parties

are unable to reach an agreement by midnight on January 22, 2020, they must

notify the Court not later than noon on January 23, 2020.  The Court will refer

resolution of that dispute to Magistrate Judge Freeman.

**2.**     The fact discovery deadline is extended to **March 6, 2020.**

3.     The pretrial conference currently scheduled for February 7, 2020 is adjourned to

**March 13, 2020 at 10:00 a.m**.  The parties' joint pre-conference letter is due by

**March 5, 2020**.

**SO ORDERED.**

**Date:  January 15, 2020**
       **New York, New York**

                                        **VALERIE CAPRONI**
                                   **United States District Judge**