# Gregory Zimmer, Esq.

GZimmer@GZimmerLegal.com
O:  (914) 402-5683
M:  (516) 991-1116

October 2, 2020

**VIA ECF**

Honorable Debra Freeman, U.S. Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  <u>In re Navidea Biopharmaceuticals Litigation, Case No. 19-cv-01578–VEC</u>

Dear Judge Freeman:

     As the Court is aware, we represent Defendant/Counterclaim Plaintiff/Third-Party Complaint Plaintiff Michael M. Goldberg, M.D. ("Dr. Goldberg") in the above-referenced action.  We write to confirm that on a telephonic conference held on September 30, 2020, with the consent of counsel for all parties, Your Honor granted Dr. Goldberg an extension of his time to submit fee applications for indemnification and advancement pursuant to the August 24, 2020 Opinion and Order of Hon. Judge Valerie E. Caproni from September 30, 2020 until October 2, 2020.

     Thank for your attention to this matter.

Respectfully submitted,

/s/ Gregory Zimmer, Esq.

---

As stated at the 9/30/20 conference, the requested extension is granted.

Dated:  10/2/2020
       *nunc pro tunc* to 9/30/2020

SO ORDERED

*[signature]*
DEBRA FREEMAN
United States Magistrate Judge

---

360 Lexington Avenue, Suite 1502                                                  New York, New York 10017