# Exhibit A

**Gregory Zimmer September 2020 Defense of Navidea Claims Advancement Calculation**

| | | |
|---|---|---:|
| 9/1/2020 | GREGORY ZIMMER<br>Prepare outline for deposition of Bill Mower (.20); t/cs and corresp. w/ Veritext re deposition scheduling and procedures and remote deposition training with Veritext and review of deposition and exhibit protocols (2.00); review and prepare materials from imaged devices for production in NY action (.50); research re remote deposition costs (.50); t/c w/ B. Kazan and K. Sabadin re NY deposition protocol and NY discovery issues (.40). | 3.60 |

.20 x 80% = .20 x 400 = $80
2.00 x 80% = 1.60 x 400 = $640
.50 x 80% = .40 x 400 = $160
.50 x 80% = .40 x 400 = $160
.40 x 80% = .30 x 400 = $120

| | | |
|---|---|---:|
| 9/1/2020 | GREGORY ZIMMER<br>Document review ($300/hr). | 3.00 |

3.00 x 76.4% = 2.30 x 300 = $690

| | | |
|---|---|---:|
| 9/2/2020 | GREGORY ZIMMER<br>Prepare for Mower deposition (2.70). | 2.70 |

2.70 x 80% = 2.20 x 400 = $880

| | | |
|---|---|---:|
| 9/2/2020 | GREGORY ZIMMER<br>Document review ($300/hr.). | 0.70 |

.70 x 76.4% = 5.30 x 300 = $1,590

| | | |
|---|---|---:|
| 9/3/2020 | GREGORY ZIMMER<br>Prepare for Mower deposition; review Navidea and Macrophage document production in connection with same (7.50). | 7.50 |

7.50 x 80% = 6.00 x 400 = $2,400

| | | |
|---|---|---:|
| 9/4/2020 | GREGORY ZIMMER<br>Mower prep and deposition. | 11.70 |

11.70 x 80% = 9.40 x 400 = $3,760

| | | |
|---|---|---:|
| 9/5/2020 | GREGORY ZIMMER<br>Preparation for deposition of Jed Latkin. | 1.50 |

1.50 x 76.4% = 1.10 x 400 = $440