Gregory Zimmer, Esq.
360 Lexington Avenue, Suite 1502
New York, NY 10017
Tel:  (914) 402-5683
GZimmer@GZimmerLegal.com

N. Ari Weisbrot, Esq. (NW-6029)
LAW OFFICE OF N. ARI WEISBROT LLC
1099 Allessandrini Avenue
New Milford, New Jersey 07646
Tel: (201) 788.6146
Email:  aweisbrot@weisbrotlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re Navidea Biopharmaceuticals Litigation | Case No.: 1:19-cv-01578-VEC<br><br>**NOTICE OF MOTOIN** |
|---|---|

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law of Michael M. Goldberg, M.D. in Support of Motion For Advancement of Attorneys' Fees in Connection With Counterclaims all filed concurrently, and upon all prior pleadings and proceedings had herein, Michael M. Goldberg, by and through its undersigned attorneys, will move this Court, before the Honorable Valerie E. Caproni, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 443, New York, New York 10007, pursuant to the Certificate of Incorporation of Plaintiff/Counterclaim Defendant Navidea Biopharmaceuticals, Inc. ("Navidea") and 8 Del. C. § 145 for an Order ordering Navidea to advance to Dr. Goldberg his attorneys' fees in connection with the counterclaims asserted by him against Navidea in this action and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that any opposing affidavits and answering memoranda to this motion shall be served within fourteen (14) days after service of the moving papers, and any reply affidavits and reply memoranda shall be served within seven (7) days after service of the answering papers pursuant to Local Rule 6.1(b).

Dated: Westchester, New York
November 13, 2020

        Respectfully submitted,

        /s/ *Gregory Zimmer*
        Gregory Zimmer, Esq.
        360 Lexington Avenue, Suite 1502
        New York, NY 10017
        Phone: 914.402.5683
        Fax: 914.402.5683
        Email: GZimmer@GZimmerLegal.com

        LAW OFFICE OF N. ARI WEISBROT LLC

        By: /s/ N. Ari Weisbrot, Esq.
            N. Ari Weisbrot, Esq.

        1099 Allessandrini Avenue
        New Milford, New Jersey 07646
        Tel: (201) 788.6146
        Email: aweisbrot@weisbrotlaw.com

        *Attorneys for Defendant Michael M. Goldberg, M.D.*

2