```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                         :    19-CV-1578 (VEC)

IN RE: NAVIDEA BIOPHARMACEUTICALS   :
LITIGATION                                           :           ORDER
                                                          :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 6, 2021, the parties appeared for a pretrial conference;

IT IS HEREBY ORDERED THAT:

1. Dr. Goldberg's motion for summary judgment is due **September 3, 2021**. Navidea and Macrophage's response and cross-motion is due **October 1, 2021.** Dr. Goldberg's response and reply in support of his motion for summary judgment is due **October 29, 2021**. Navidea and Macrophage's reply is due **November 12, 2021.**

2. The expert discovery deadline is **November 30, 2021**. No later than **July 20, 2021**, Dr. Goldberg must submit a letter indicating whether he anticipates using his expert report in support of his motion for summary judgment. If he does not anticipate using his expert report in support of his motion for summary judgment but anticipates using his expert report in responding to Navidea and Macrophage's cross motions for summary judgment, Dr. Goldberg must notify the Court of that fact not later than **October 15, 2021.**

3. Navidea's motion regarding its advancement and indemnification obligations in light of the Delaware decision regarding Dr. Goldberg's breach of fiduciary duties is due **August 6, 2021**. Dr. Goldberg's opposition is due **September 3, 2021**. Navidea's reply is due **September 24, 2021**.

4. Upon a joint request, the Court will refer the parties to Magistrate Judge Freeman for a settlement conference.

**SO ORDERED.**

**Date: July 6, 2021**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**