```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
:
IN RE: NAVIDEA BIOPHARMACEUTICALS   :           19-CV-1578 (VEC)
LITIGATION                                                   :
:           AMENDED ORDER OF
:           REFERENCE TO A
---------------------------------------------------------X   MAGISTRATE JUDGE

      The above entitled action is referred to Magistrate Judge Freeman for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__ Settlement

__ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

_X_ Dispositive Motions (i.e. motion requiring Report and Recommendation)
Particular Motion:

**Motion for Reconsideration (Dkt. 218).**

All such motions: ____

**SO ORDERED.**

**Date:  August 9, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**