UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NAVIDEA BIOPHARMACEUTICALS LITIGATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021

Case No.: 1:19-cv-01578-VEC

ECF Case

## [PROPOSED] SO-ORDERED STIPULATION REGARDING DEPOSITION OF TERRY L. ORR

WHEREAS, on July 28, 2021, Plaintiff Navidea Biopharmaceuticals, Inc. ("Navidea") and Defendant Dr. Michael M. Goldberg ("Dr. Goldberg") (collectively, the "Parties") filed a Stipulation Regarding Expert Discovery setting forth the dates by which the Parties were to, *inter alia*, identify and depose each other's expert witnesses [ECF No. 216], which the Court entered on July 28, 2021 [ECF No. 217];

WHEREAS, on September 22, 2021, Dr. Goldberg filed a Joint Letter requesting extensions to certain dates in the So-Ordered Stipulation Regarding Expert Discovery [ECF No. 227], which the Court granted on September 23, 2021 [ECF No. 228];

WHEREAS, pursuant to the So-Ordered Stipulation Regarding Expert Discovery, entered on September 23, 2021, "[n]o later than October 22, 2021, the parties must meet and confer and finalize a stipulation to be submitted to the Court, setting forth the date, time and location of the deposition of [Dr. Goldberg's] expert[]" [ECF No. 28]; and

WHEREAS, on October 21, 2021, Navidea filed a letter requesting an extension of time from October 22, 2021, to October 25, 2021, to submit a stipulation setting forth the date, time, and location of the deposition of Dr. Goldberg's expert [ECF No. 232], which the Court granted [ECF No. 233].

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties, that:

1. Terry L. Orr, Dr. Goldberg's expert witness, shall appear for an in-person deposition commencing at 9:30 a.m. on November 16, 2021, in Dallas, Texas.

Dated: New York, New York
October 25, 2021

_____
Barry M. Kazan
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016
Tel.: (212) 696-4848
Fax: (212) 696-1231
Kazan@mintzandgold.com

*Attorneys for Plaintiff / Counterclaim Defendant
Navidea Biopharmaceuticals, Inc. and
Third-Party Defendant
Macrophage Therapeutics, Inc.*

_____
Gregory Zimmer
360 Lexington Avenue, Suite 1502
New York, New York 10017
Tel.: (914) 402-5683
Fax: (914) 402-5683
GZimmer@GZimmerLegal.com

*Attorneys for Defendant / Counterclaim Plaintiff /
Third-Party Plaintiff
Michael M. Goldberg M.D.*

Date: __10/26/2021__        _____
                            HON. VALERIE CAPRONI
                            UNITED STATES DISTRICT JUDGE