```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :   19-CV-1578 (VEC)
IN RE: NAVIDEA BIOPHARMACEUTICALS              :
LITIGATION                                                    :   ORDER
                                                              :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference was scheduled for December 2, 2021, *see* Dkt. 215; and

WHEREAS counsel for Defendant failed to appear;

IT IS HEREBY ORDERED that the status conference is rescheduled for **December 14, 2021 at 9:45 a.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that Defendant's counsel must show cause in writing by **December 10, 2021**, why he should not be sanctioned for failure to appear and ordered to pay Plaintiffs' attorney's fees associated with appearing for the December 2, 2021 status conference.

**SO ORDERED.**

Date: December 2, 2021
      New York, New York

                                                                  _____
                                                                  **VALERIE CAPRONI**
                                                                  **United States District Judge**