```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
:
IN RE: NAVIDEA BIOPHARMACEUTICALS  :      19-CV-1578 (VEC)
LITIGATION                                                          :
:      AMENDED ORDER OF
:      REFERENCE TO A
---------------------------------------------------------- X      MAGISTRATE JUDGE

      The above entitled action is referred to Magistrate Judge Freeman for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement

**I respectfully request that Judge Freeman address this during her remaining time on the bench.**

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motions (i.e. motion requiring Report and Recommendation)
Particular Motion: _____

All such motions: ____

**SO ORDERED.**

**Date: December 14, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**