UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                             :
IN RE: NAVIDEA BIOPHARMACEUTICALS            :
LITIGATION                                   :
                                             :
-------------------------------------------------------------X

19-CV-1578 (VEC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_12/14/2021__

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference was held on December 14, 2021

IT IS HEREBY ORDERED that the parties must file their respective *Daubert* motions, if

any, by **February 4, 2022**.  Responses are due by **March 4, 2022**.  Replies are due by **March**

**18, 2022**.

**SO ORDERED.**

**Date:  December 14, 2021**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**