UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NAVIDEA BIOPHARMACEUTICALS LITIGATION | Case No: 1:19-cv-01578-VEC<br><br>ECF Case |

## NOTICE OF MOTION OF PLAINTIFF/COUNTERCLAIM-DEFENDANT NAVIDEA BIOPHARMACEUTICALS, INC. AND THIRD-PARTY DEFENDANT MACROPHAGE THERAPEUTICS, INC. TO EXCLUDE EXPERT TESTIMONY OF TERRY L. ORR

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Barry M. Kazan with exhibits annexed thereto, and all pleadings and proceedings previously held herein, the undersigned counsel for Plaintiff/Counterclaim-Defendant Navidea Biopharmaceuticals, Inc. ("Navidea") and Third-Party Defendant Macrophage Therapeutics, Inc. ("Macrophage") will move this Court before the Honorable Valerie E. Caproni at the United States Court House, 40 Foley Square, Courtroom 443, New York, N.Y. 10007 at a time and date to be set by the Court for an Order granting Navidea's and Macrophage's *Motion to Exclude the Expert Testimony of Terry L.* Orr, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that any opposing affidavits and answering memoranda of law must be served on or before March 4, 2022, and any reply affidavits and memoranda of law must be served on or before March 18, 2022 [Dkt. No. 251].

1

Date:  February 4, 2022                Respectfully submitted,
        New York, New York

/s/ Barry Kazan
Barry M. Kazan, Esq.
Marc B. Schlesinger, Esq.
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, New York 10016
Phone: (212) 696-4848
Fax:    (212) 696-1231
kazan@mintzandgold.com
schlesinger@mintzandgold.com

-and-

Karim Sabbidine, Esq.
THOMPSON HINE LLP
335 Madison Avenue, 12th Fl.
New York, New York 10017
Phone: (212) 344-3921
Fax:    (212) 344-6101
karim.sabbidine@thompsonhine.com

*Attorneys for Plaintiff /Counterclaim Defendant Navidea Biopharmaceuticals, Inc. and Third-Party Defendant Macrophage Therapeutics, Inc.*