UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NAVIDEA BIOPHARMACEUTICALS LITIGATION | Case No: 1:19-cv-01578-VEC<br><br>ECF Case |

## DECLARATION OF BARRY M. KAZAN IN SUPPORT OF PLAINTIFF/COUNTERCLAIM-DEFENDANT NAVIDEA BIOPHARMACEUTICALS, INC.'S AND THIRD-PARTY DEFENDANT MACROPHAGE THERAPEUTICS, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF TERRY L. ORR

Barry M. Kazan, an attorney duly admitted to practice law in the State of New York, under penalty of perjury, declares as follows:

1. I am counsel to Plaintiff/Counterclaim-Defendant Navidea Biopharmaceuticals, Inc. ("Navidea") and Third-Party Defendant Macrophage Therapeutics, Inc. ("Macrophage"), and submit this declaration in support of Navidea's and Macrophage's *Motion to Exclude the Expert Testimony of Terry L. Orr.*

2. Annexed hereto as **Exhibit 1** is a true and correct copy of the August 14, 2018 agreement between Navidea, Macrophage and Defendant/Counterclaim Plaintiff/Third-Party Plaintiff Michael M. Goldberg, M.D. ("Goldberg").

3. Annexed hereto as **Exhibit 2** is a true and correct copy of the September 30, 2021 Expert Report of Terry Lee Orr, on behalf of Goldberg (the "Orr Report").

4. Annexed hereto as **Exhibit 3** is a true and correct copy of the November 15, 2021 deposition testimony of Terry Lee Orr (the "Orr Tr.").

5. Annexed hereto as **Exhibit 4** is a true and correct copy of the November 15, 2021 Expert Rebuttal Report of William F. Murray on behalf of Navidea and Macrophage (the "Murray Report").

Date: February 4, 2022
New York, New York

By: /s/ Barry Kazan
    Barry M. Kazan, Esq.