USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_4/11/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                             :
IN RE: NAVIDEA BIOPHARMACEUTICALS   :
LITIGATION                                               :               19-CV-1578 (VEC)
                                                             :
------------------------------------------------------------ X          AMENDED ORDER OF
                                                                        REFERENCE TO A
                                                                        MAGISTRATE JUDGE


        The above-entitled action is referred to Magistrate Judge Freeman for the following
purpose(s):

___ General Pretrial (includes scheduling,              all purposes (including trial)
discovery, non-dispositive pretrial motions,
and settlement)                                         ___ Consent under 28 U.S.C. § 636(c) for
                                                            limited purpose (e.g. dispositive motion,
_X__ Specific Non-Dispositive                               preliminary injunction)
    Motion/Dispute:                                         Purpose: _____
    **Motion for Attorneys' Fees (Dkt. Nos.**
    **275–77)**                                         ___ Habeas Corpus

    If referral is for discovery disputes               ___ Social Security
    when the District Judge is unavailable,
    the time period of the                              ___ Dispositive Motions (i.e. motion
    referral:_____                        requiring Report and Recommendation)
                                                            Particular Motion: _____
__ Settlement                                               _____

__ Inquest After Default/Damages Hearing                 All such motions:  ____
___ Consent under 28 U.S.C. § 636(c) for


**SO ORDERED.**

                                            _____
**Date:  April 11, 2022**                          **VALERIE CAPRONI**
         **New York, NY**                    **United States District Judge**