# Exhibit 1

CONFIDENTIAL

Page 1

1          UNITED STATES DISTRICT COURT

2                   for the

3          Southern District of New York

4      ------------------------------------------------

5      In re Navidea Biopharmaceuticals Litigation,

6                   Plaintiff

7                         File No. 1:19-cv-01578-VEC

8

9      ------------------------------------------------

10

11                   CONFIDENTIAL

12          VIDEOCONFERENCE DEPOSITION OF

13                   WILLIAM MOWER

14          Taken on September 4, 2020

15          Commencing at 9:30 a.m.

16

17

18

19

20

21      REPORTED BY:

        NANCY G. GISCH, RMR, CRR, CLR, CRC

22      (Via videoconference)

23

24

25

CONFIDENTIAL

1

2

3

4

5

6

7          MR. BAUDRY:  I'm not going to turn

8     this deposition into a -- I'm not going to turn

9     this deposition into a Ping-Pong match,

10    Mr. Zimmer.  So what you --

11          COURT REPORTER:  I'm sorry.  I'm

12    sorry.  I couldn't hear what you are saying.

13    "I'm not turning this deposition into a"...?

14          MR. BAUDRY:  Ping-Pong match.

15       So, Mr. Zimmer, you're asking the

16    questions.  Ask the questions that you want and

17    let's move forward.

18          MR. ZIMMER:  That's completely

19    nonresponsive to my point, but there's no

20    restriction on Mr. Weisbrot -- Weisbrot asking

21    questions as long as, you know, they are not

22    duplicative or -- or -- or in any way improper.

23       If you have an --

24          MR. WEISBROT:  Wait -- hold --

25    hold -- hold -- hold -- hold on, hold on.

Page 75

```
 1              I'm not asking any questions.
 2              Mr. Zimmer, I'm asking you to ask
 3     Mr. Mower the identity of his malpractice
 4     insurance.  That's all I'm asking for.
 5              You did -- I'm not asking a question.  I'm
 6     asking you to ask him.
 7                   MR. ZIMMER:  Alain, is there --
 8                   MR. BAUDRY:  Let's move on.  You
 9     asked --
10                   MR. ZIMMER:  -- receiving input from
11     my co-counsel in asking questions?
12                   MR. BAUDRY:  He can -- he can text
13     you, but these interruptions of the live video
14     are not appropriate.
15              And you've asked the question.  I've
16     instructed him not to answer.
17              Let's move on.
18                   MR. WEISBROT:  Hold -- hold --
19     hold -- hold on, on hold, hold on.  I'm not
20     asking questions --
21                        (Multiple voices.)
22                   COURT REPORTER:  Just a thought,
23     guys.  Excuse me.  Excuse me.  Excuse me.
24              Truly, you guys are talking all over each
25     other.  So if we could pause between speakers,
```

CONFIDENTIAL

Page 76

1    that would be very helpful.

2                MR. WEISBROT:  I'm sorry, Ms. Gisch.

3    You're 100 percent right.

4          Let's pause 45 seconds for everything that

5    I want to text you because Mr. Baudry will allow

6    me to text you my question, but won't allow me to

7    ask it.  It -- it seems extraordinarily

8    reasonable.

9          So let's pause.  And I will explain to you

10   by text that we want his carrier information,

11   because he has already admitted to malpractice.

12   And I want to make sure that we are able to make

13   a claim against his carrier.

14         So if Mr. Baudry wants me to wait while I

15   text it to you, as opposed to getting this done

16   100 percent faster, that's fine.

17         Please pause, Gregg.

18

19

20

21

22

23

24

25

CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22          Q.   (By Mr. Zimmer, continuing) But in the

23     meantime, I'd just like to ask you, Mr. Mower, do

24     you know the name of your insurance --

25     malpractice insurance carrier?

CONFIDENTIAL

Page 78

1        A.  Not -- not -- not -- not -- not for sure.

2        Q.  Okay.

3        A.  I'd be speculating.  Sorry.

4        Q.  I'm going to re --

5        A.  Do you want the names of my -- do you want

6    the names of my children, too, so you can go

7    after them as, as well?

8                MR. WEISBROT:  No, no, no, no.

9    Doesn't your insur -- hold -- hold -- hold on.

10               MR. ZIMMER:  That --

11               MR. WEISBROT:  You're laughing --

12   hold on, hold on, Gregg.

13          You're laughing like an idiot.

14          You don't know the name of your insurance

15   carrier?  Is that the truth?

16          You're an attorney --

17               THE WITNESS:  I am --

18               MR. WEISBROT:  -- testifying under

19   oath.  You don't know the name --

20               THE WITNESS:  No, I --

21               MR. WEISBROT:  -- of your insurance

22   carrier?

23               THE WITNESS:  I -- I don't.

24               MR. BAUDRY:  You know what?  We're

25   not responding to any questions from you,

CONFIDENTIAL

Page 79

```
 1   Mr. Weisbrot.
 2            We're going to take a break.  I suggest
 3   you calm down.  Take a break.
 4            MR. WEISBROT:  Take a break.  Talk to
 5   your client and find out why he doesn't know the
 6   name of his insurance carrier.
 7            MR. ZIMMER:  Well, there --
 8            MR. WEISBROT:  Under oath.
 9            MR. ZIMMER:  -- there's still --
10            MR. WEISBROT:  Thank you.
11            MR. ZIMMER:  -- a deposition going on
12   here.  There's a question pending.
13      Q.  (By Mr. Zimmer, continuing) So the
14   question is, do you know the name of your
15   insurance carrier?
16            MR. ZIMMER:  And muting the witness's
17   speaker while there's a question pending is not
18   appropriate.
19        The record --
20            MR. BAUDRY:  He -- he answered the
21   question.
22                 (Multiple voices.)
23      A.  (Continuing) I already told you, I -- I --
24   I probably know -- I am not positive exactly what
25   their name is.  Okay?  And I don't want to be
```

CONFIDENTIAL

Page 80

```
 1    wrong.
 2            So, you know, I -- I -- I -- I probably do
 3    know, but I don't know for sure.
 4        Q.  Okay.  So is that --
 5        A.  You know what I mean?  You know, what's
 6    the specific name?  I -- I -- and, you know, I
 7    could probably look -- I could get it back to
 8    you.
 9            You want to send me an email?  We'll get
10    it to you.
11        Q.  I don't --
12                MR. WEISBROT:  Gregg -- Gregg --
13    Gregg -- Gregg -- Gregg, leave it at that.  Leave
14    it at that.  An attorney who doesn't know --
15                (Multiple voices.)
16                MR. WEISBROT:  -- his insurance
17    carrier's name and number -- or name?
18            That -- that -- that's the answer of this
19    attorney who wants to continue to practice law.
20            Leave it at that.  We'll move on.
21                MR. ZIMMER:  However --
22                MR. BAUDRY:  If we're taking a
23    break --
24                (Multiple voices.)
25                MR. ZIMMER:  However, I would ask
```

1    what -- what was contemplated here.

2               MR. WEISBROT:  I'm sorry.  Hold on,

3    Gregg.

4          Mr. Mower, I just want to ask you a very

5    quick question so I can understand your

6    testimony.

7               MR. BAUDRY:  I -- I'm not going to

8    allow this --

9               MR. WEISBROT:  I don't give a --

10              MR. BAUDRY:  -- Mr. Weisbrot.

11              MR. WEISBROT:  I don't care.  That's

12   fine, that's fine.  You can object.

13         Mr. Mower, do you have a stutter or is

14   your stutter an indication of dishonesty?

15              MR. BAUDRY:  Hey, you know, what?  At

16   this point, Mr. Zimmer, I'm going to give you a

17   very clear choice and you tell me which -- which

18   you would like.

19         Either you instruct your co-counsel to

20   stop making professionally inappropriate, snide,

21   unprofessional and disgraceful comments that have

22   no place in this legal proceeding, or I'm going

23   to terminate this deposition and we'll seek

24   appropriate relief from the magistrate judge.

25              MR. WEISBROT:  Mr. Zimmer, you

CONFIDENTIAL

Page 94

1    don't -- you don't -- Mr. Zimmer, you don't have

2    to answer that question.  I'm going to withdraw

3    my question.

4            And I'm going to ask you, Mr. Zimmer, to

5    ask Mr. Mower whether or not he has some issue

6    that requires him to answer questions with

7    significant pauses, stuttering, you know, changes

8    concern -- just ask him -- here is the question

9    I'd like you to ask him.

10           Is he under the influence of any drugs

11   and -- medication or anything that would

12   influence his ability to answer questions

13   honestly.  That's all you got to ask him.

14           And I understand that Mr. Baudry would

15   prefer not to answer that.  So you'll -- he'll

16   ask the question.

17           Thank you.

18               MR. BAUDRY:  Mr. Zimmer, if you want

19   to ask him that question, I'm going to terminate

20   the deposition under Rule 30 and seek a

21   protective order.  So think carefully what you

22   want to do.

23               MR. WEISBROT:  Mr. Zimmer --

24   Mr. Zimmer --

25               COURT REPORTER:  If I could --

1              MR. WEISBROT:  -- Mr. Baudry --

2                   (Multiple voices.)

3              COURT REPORTER:  Excuse me.  I think

4      that Mr. -- I think we are missing somebody here.

5              MR. WEISBROT:  We're not.

6              COURT REPORTER:  I do not see --

7                   (Multiple voices.)

8              COURT REPORTER:  I don't see Gregg

9      present with us any longer.

10              MR. WEISBROT:  That's okay, that's

11      okay.  He'll come back.

12          Mr. Baudry is interrupting his client --

13      not to allow a question -- not from me.  I'm --

14      I'm going to put it through, you know, counsel of

15      record as to whether or not he's under the

16      influence of any medication, alcohol, or drugs

17      that might influence his ability to answer

18      questions truthfully or honestly.

19          Mr. Baudry will not allow him to answer

20      that question.

21          If it's asked by, you know, lead counsel,

22      he will terminate this deposition.  I want to

23      make sure that is absolutely clear, although

24      we -- we're going to have to wait for co-counsel

25      to get back on the phone.

CONFIDENTIAL

1          But I want to make sure that's clear,

2     that Mr. Baudry will not allow his client to

3     answer that question.

4          Thank you.

5          Let me see if I can't find out what's

6     going on.  Hold on two seconds.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 106

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
```

```
13              MR. WEISBROT:  I'm sorry, I'm sorry.
14     Mr. Mower, do you think this is funny?
15              THE WITNESS:  No, I do not think it's
16     funny, but --
17              MR. WEISBROT:  You -- you keep -- you
18     keep laughing over legal procedures, but you're a
19     lawyer.  So I'm just wondering whether you think
20     it's funny that we're having a -- a deposition.
21              MR. BAUDRY:  He's not answering your
22     questions, Mr. Weisbrot, so stop asking him.
23              MR. WEISBROT:  Okay.  Thank you.
24     I -- I will note your refusal to allow me to find
25     out why he thinks it's funny.
```

CONFIDENTIAL

1          THE WITNESS:   I said I didn't think

2     it was funny, for the record.

David Feldman Worldwide
A Veritext Company

```
 1              MR. WEISBROT:  Hold on, hold on, hold

 2    on.  Gregg -- Gregg -- Gregg -- Gregg, hold on,

 3    hold on, hold on, hold on.

 4              This is the lawyer that drafted -- I'm

 5    just talking to Gregg.  I'm sorry.

 6              Gregg, this is the lawyer who drafted the

 7    opinion who is telling you, "Oh, I need a legal

 8    opinion to explain what I did."

 9              I want you to get his carrier's name on

10    the record.  I want him to explain why he's

11    smiling, because he knows that this is

12    malpractice.

13              Like, I-- I want him to explain why it is

14    that he thinks he can't answer your question

15    by -- by asking for a legal opinion.  Like, he's

16    a lawyer.

17              So please do me a favor, Gregg.  Get the

18    name of his carrier.  Find out -- please,

19    please -- I -- I know Alain would -- would prefer

20    for you to ask the questions, as opposed to

21    wasting 45 extra minutes -- me telling you what

22    to do.

23              I want his carrier.

24              I want him to explain why he can't give

25    you a legal opinion as a lawyer.  I just -- I --
```

1    I just want him to explain that.

2          And I want him to explain why it is that

3    he thinks that the ultimate issue here -- why he

4    can't answer -- why he can't answer your

5    question.

6          Thank you.

7              Go on, Alain.

8              MR. BAUDRY:  All right.  We will --

9    we're going to get this transcript prepared and

10   we'll seek appropriate guidance from Magistrate

11   Judge Freeman.

12         But I've been very cautious -- I've been

13   very clear about what conduct needed to stop.  It

14   hasn't stopped.  It's not appropriate.

15         So at this point, under Rule 30, we will

16   terminate the deposition and seek appropriate

17   guidance from the court.

18             MR. ZIMMER:  Well, let's -- let's say

19   this.  We have a very tight deposition schedule

20   here.  Alain, you -- you're aware of that, as

21   counsel of record in the case.

22         Okay?

23         Today is the day we picked for this.

24   We've prepared for this.  We've paid for this.

25             So what I would say is, if you're going to

CONFIDENTIAL

1    stand on that, that we get Judge -- Magistrate

2    Judge Freeman on the phone and have -- work this

3    out right now so that she can decide what --

4              MR. WEISBROT:  Let's get her on the

5    phone right now.  Right now.  Let's pause and get

6    her on the phone and find out why Alain is

7    object -- is terminating a deposition because I

8    want to ask you questions.  Go.

9              Let's get her on the phone.

10             Alain, stand by.  We'll get her on phone

11   if you continue to refuse to answer questions.

12             MR. ZIMMER:  We should get a dial-in

13   and we should -- and we should try to reach her

14   to resolve this, if we can, because the goal here

15   is to move this case forward on a very tight

16   deposition schedule.

17             And all the back-and-forth, rather than

18   just objecting to questions and whatever -- he

19   doesn't look -- there's no -- with all due

20   deference to Mr. Mower, he doesn't look

21   particularly upset.  And he's been, you know,

22   responding to my questions.

23             I mean, we can debate later whether they

24   are --

25                  MR. WEISBROT:  Alain, do you have a

1    thesis to -- to terminate the deposition?  Yes or

2    no?  Put it on the record.

3              I can't -- I can't hear you.

4              You -- no.  You're paused.  Sorry.  We

5    can't hear you.

6                   MR. ZIMMER:  Muted.

7                   MR. BAUDRY:  Can you hear me?

8                   MR. WEISBROT:  Now we can.

9                   MR. BAUDRY:  I don't think we're

10   muted.

11                  MR. WEISBROT:  No.  Now -- now we

12   can.

13                  MR. ZIMMER:  Yeah.  Not through your

14   mic.  Your mic is muted.  But we can hear you

15   now.

16                  MR. WEISBROT:  Alain, do you have a

17   legal basis to terminate the deposition?  Cite

18   it.

19                  MR. BAUDRY:  Rule 30.  And I think we

20   should call Magistrate Judge Freeman now.

21                  MR. WEISBROT:  Let's do it.

22                  MR. BAUDRY:  That's an excellent

23   suggestion.

24                  MR. ZIMMER:  Okay.  Does someone have

25   a conference line that we can dial into?

CONFIDENTIAL

1              MR. WEISBROT:  You really want to

2      waste your client -- a -- a -- 45 minutes of your

3      client's time?  Do you really want to do that?

4          Are you getting paid for those 45 minutes?

5              MR. BAUDRY:  Counsel, I've told you

6      you've got to stop certain conduct.  You haven't

7      stopped it.

8              MR. WEISBROT:  Mr. Baudry --

9              MR. BAUDRY:  It's outrageous.  It's --

10             MR. WEISBROT:  Mr. Baudry, I have

11     interrupted three times in five hours.

12         Do you really want to waste your client's

13     time and money over this issue?

14         Why can't Mr. -- excuse me -- Mr. Zimmer

15     finish his deposition?

16             MR. BAUDRY:  Because you are

17     interrupting it and asking --

18             MR. WEISBROT:  All right.  I won't

19     interrupt --

20             MR. BAUDRY:  -- and basically --

21

22             MR. WEISBROT:  Look.  I'm muting

23     myself.  Good luck.

24             MR. BAUDRY:  All right.  Then -- then

25     I'm going to continue.  But I'm -- I'm telling

CONFIDENTIAL

Page 119

1    you, Mr. Zimmer, we're not going to tolerate

2    this.  It's not appropriate.  You know it's not

3    appropriate.