USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                       :      19-CV-1578 (VEC)
IN RE: NAVIDEA BIOPHARMACEUTICALS  :
LITIGATION                                       :      ORDER
                                                       :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Defendant/Counterclaim Plaintiff (Dr. Goldberg) intends to offer expert testimony on the issue of damages if he proves Counts I and II (breach of the August 14 Agreement) against Navidea and Third-Party Defendant Macrophage Therapeutics, Inc. (collectively, the "Counterclaim Defendants"), *see* Dkts. 31, 61

      WHEREAS the parties' respective *Daubert* motions are currently pending before this Court, *see* Dkts. 252, 255;

      WHEREAS the parties' theories of the proper measure of damages if Dr. Goldberg prevails on his claim that the Counterclaim Defendants breached the August 14 Agreement are unclear;

      IT IS HEREBY ORDERED that by no later than **Thursday, September 8, 2022**, Dr. Goldberg must file supplemental briefing of **no more than ten pages** on the proper measure of damages if he proves that the Counterclaim Defendants breached the August 14 Agreement; Counterclaim Defendants must respond in supplemental briefing of **no more than 10 pages** no later than **Thursday September 15, 2022**.

      IT IS FURTHER ORDERED that the parties' respective *Daubert* motions at docket entries 252 and 255 are STAYED pending further order of the Court.

**SO ORDERED.**

Date:  August 29, 2022
       New York, New York

                                  **VALERIE CAPRONI**
                                  United States District Judge

2