```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                              :

IN RE: NAVIDEA BIOPHARMACEUTICALS  :
LITIGATION                                         :          19-CV-1578 (VEC)
                                                              :
------------------------------------------------------------ X          **MEDIATION REFERRAL ORDER**

**VALERIE CAPRONI, United States District Judge:**

      IT IS HEREBY ORDERED THAT this case is REFERRED for mediation to the Court-annexed Mediation Program.  The parties are hereby notified that Local Civil Rule 83.9 will govern the mediation and are directed to participate in the mediation in good faith.  The parties are directed to notify the Court no later than **one week** after the conclusion of all mediation whether they were able to settle this case.

      The Court expects the parties to commence mediation promptly, and to the extent possible, by January 31, 2023.

**SO ORDERED.**

**Date:  December 19, 2022**
**          New York, NY**

                                                      _____
                                                            **VALERIE CAPRONI**
                                                             **United States District Judge**