

February 14, 2023

**VIA ECF**
Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 443
New York, New York  10007

    Re: *In re Navidea Biopharmaceuticals Litigation, Case No. 19-cv-01578–VEC*

Dear Judge Caproni:

    This firm represents Navidea Biopharmaceuticals, Inc. ("Navidea") in the above-referenced action.  We write to request clarification and confirmation that Your Honor considers Magistrate Judge Valerie Figueredo's Report and Recommendation [Dkt. 298] to be governed under Fed. R. Civ. P. 72(a) to which no response to Dr. Goldberg's objection is contemplated.

    This clarification is requested because while Your Honor referred the matter as a non-dispositive matter [Dkt. 278] and previously cautioned that the Court will not consider responses to objections in a similar situation [Dkt. 206], the Report and Recommendation references Fed. R. Civ. 72(b) which would contemplate a response [Dkt. 298 at 46].  Of course, if Your Honor believes that a response from Navidea will aid the Court in considering the objections, Navidea is prepared to file a response within the time frame contemplated under Fed. R. Civ. 72(b).

    We thank Your Honor for your attention to this matter.

                                Respectfully submitted,

                                /s/ Barry M. Kazan

                                Barry M. Kazan

**Barry M. Kazan**
**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York, NY 10016

**O** 212.696.4848  |  **F** 212.696.1231
kazan@mintzandgold.com