# Gregory Zimmer, Esq.

GZimmer@GZimmerLegal.com
O:  (914) 402-5683
M:  (516) 991-1116

March 1, 2023

**VIA ECF**

Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 443
New York, New York  10007

Re:  *In re Navidea Biopharmaceuticals Litigation, Case No. 19-cv-01578–VEC*

Dear Judge Caproni:

      I represent Defendant/Counterclaim Plaintiff/Third-Party Plaintiff Dr. Michael M. Goldberg, M.D. in the above-referenced matter.  I write jointly on behalf of counsel for all parties pursuant to the Court's Order dated December 19, 2022 referring this case to mediation.  I write to inform the Court that the mediation concluded unsuccessfully as of February 27, 2023.  The parties are conferring regarding a proposed briefing schedule for summary judgment motions and will submit a proposed schedule no later than Monday, March 6, 2023.

      Thank for your attention to this matter.

Respectfully submitted,

/s/ Gregory Zimmer, Esq.

Gregory Zimmer, Esq.
142 New Chalet Drive
Mohegan Lake, NY 10547
(914) 402-5683
GZimmer@GZimmerLegal.com

cc:  Barry Kazan, Esq.
    Karim Sabbidine, Esq.