

March 6, 2023

**VIA ECF**
Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 443
New York, New York  10007

    Re:  *In re Navidea Biopharmaceuticals Litigation, Case No. 19-cv-01578–VEC*

Dear Judge Caproni:

    This firm represents Navidea Biopharmaceuticals, Inc. ("Navidea") in the above-referenced action.  We write to inform the Court that the parties have agreed, subject to Your Honor's approval, on the following briefing schedule.

    Motions for Summary Judgment served on or before May 25, 2023
    Oppositions to Motions for Summary Judgment served on or before June 22, 2023
    Replies in Support of Motion for Summary Judgment served on or before July 13, 2023

    We thank Your Honor for your attention to this matter.

                Respectfully submitted,

                /s/ Barry M. Kazan

                Barry M. Kazan

**Barry M. Kazan**
**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York, NY 10016

**O** 212.696.4848  |  **F** 212.696.1231
**kazan@mintzandgold.com**