```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                              :
IN RE: NAVIDEA BIOPHARMACEUTICALS  :
LITIGATION                                    :          19-CV-1578 (VEC)
                                              :
------------------------------------------------------------ X          <u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared for a status conference on March 17, 2023.

      IT IS HEREBY ORDERED that the motions for summary judgment are due no later than **May 25, 2023**; oppositions are due no later than **June 22, 2023**; replies are due no later than **July 13, 2023**. As discussed at the conference, the Court is unlikely to extend the briefing deadlines.

**SO ORDERED.**

Date:  March 17, 2023
         New York, NY

                                              **VALERIE CAPRONI**
                                          **United States District Judge**