# EXHIBIT 24

| | |
|---|---|
| **From:** | Kaufman, Joel </O=NEOPROBE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KAUFMAN, JOEL61F> |
| **To:** | Latkin, Jed |
| **Sent:** | 2/19/2019 11:22:42 AM |
| **Subject:** | MT partners |

**UCONN**
Stephen Crocker crocker@uchc.edu

**UPENN**
Greene and Hong Tao zhanghon@pennmedicine.upenn.edu

**Medchem**
arnoldjeffrey99@gmail.com
sriesinger@medchempartners.com

**Smart Assay**
mayer@assays.co.il

**Salzman Group**
maimon@salzgrp.com

**Align Biosciences**
alignbioscience@yahoo.com

**New York Medical College** -
Dr. Paul Arnobaldi Paul_Arnaboldi@nymc.edu
Dr. Nasreen Haque Nasreen_Haque@nymc.edu

NYMC is animal models that Dr. Goldberg chose to test the activity of the materials.

Dr. Haque is also writing a paper to publish.

**Affina**
alexander@affinabio.com

**Iqvia**
Christine.Clarke@iqvia.com

**University of Sheffield**
Claire Lewis claire.lewis@sheffield.ac.uk
Have not spoken with her in many months

| | |
|---|---|
| **From:** | Crocker,Stephen <crocker@uchc.edu> |
| **To:** | Michael Goldberg |
| **Sent:** | 11/13/2018 2:00:04 PM |
| **Subject:** | Re: Wednesday Update |

There has been a lot of abnormal renovation work being done these past couple of weeks. We are changing the breeding females in 2 cages just in case it is the breeders.

Stephen J. Crocker, Ph.D.
Associate Professor, Department of Neuroscience
Glial Pathology Lab
CT Institute for the Brain and Cognitive Sciences
University of Connecticut School of Medicine
Farmington, CT 06030
MC3401

Twitter: @GlialLab
Office: (860) 679-8750
Lab: (860) 679-8094
Fax: (860) 679-7656

---

From: Michael Goldberg <MGoldberg@macrophagetx.com>
Sent: Tuesday, November 13, 2018 1:57 PM
To: Crocker,Stephen
Subject: Re: Wednesday Update

Are you concerned that the hetero's haven't produced any litters for over one month? Hopefully there will be an opening of the floodgates over the next week or so and we will get a few at once. Just in time for the new tech.

Michael M. Goldberg, M.D.
Chairman & CEO
MACROPHAGE THERAPEUTICS
560 Sylvan Ave, Third Floor | Englewood Cliffs, NJ 07632
Office: (201) 731-4023 | Cell: (917) 993-3533
mgoldberg@macrophagetx.com


On 11/13/18, 1:54 PM, "Crocker,Stephen" <crocker@uchc.edu> wrote:

No reports of new litters. My other tech is doing animal work this afternoon.

Stephen J. Crocker, Ph.D.
Associate Professor, Department of Neuroscience
Glial Pathology Lab
CT Institute for the Brain and Cognitive Sciences
University of Connecticut School of Medicine
Farmington, CT 06030
MC3401

Twitter: @GlialLab
Office: (860) 679-8750
Lab: (860) 679-8094
Fax: (860) 679-7656

---

From: Michael Goldberg <MGoldberg@macrophagetx.com>
Sent: Tuesday, November 13, 2018 1:47 PM
To: Crocker,Stephen
Subject: Re: Wednesday Update

Thanks sounds promising. I hope he has another two weeks in him.

Any new litters?

Michael M. Goldberg, M.D.
Chairman & CEO
MACROPHAGE THERAPEUTICS
560 Sylvan Ave, Third Floor | Englewood Cliffs, NJ 07632
Office: (201) 731-4023 | Cell: (917) 993-3533
mgoldberg@macrophagetx.com


On 11/13/18, 1:43 PM, "Crocker,Stephen" <crocker@uchc.edu> wrote:

Good timing: He is in the lab for his injection and he is twitching a little more than before, but still holding weight at 6.1g. He is vigorous, meaning he still scampers around the cage like a normal mouse, but is displaying more shaking.

Stephen J. Crocker, Ph.D.
Associate Professor, Department of Neuroscience
Glial Pathology Lab
CT Institute for the Brain and Cognitive Sciences
University of Connecticut School of Medicine
Farmington, CT 06030
MC3401

Twitter: @GlialLab
Office: (860) 679-8750
Lab: (860) 679-8094
Fax: (860) 679-7656

_____
From: Michael Goldberg <MGoldberg@macrophagetx.com>
Sent: Tuesday, November 13, 2018 1:22 PM
To: Crocker,Stephen
Subject: Re: Wednesday Update

Hi Steve,

Any update would be greatly appreciated. Today is day 41, based on my review of the literature 90+% of twi's untreated don't survive this long. The best cell based treatments get survival to just under 50 days. For this macro mouse day 50 would be Thanksgiving, does he look like he may reach that target?

Thanks,

Mike



Michael M. Goldberg, M.D.
Chairman & CEO
MACROPHAGE THERAPEUTICS
560 Sylvan Ave, Third Floor | Englewood Cliffs, NJ 07632
Office: (201) 731-4023 | Cell: (917) 993-3533
mgoldberg@macrophagetx.com


On 11/12/18, 1:43 PM, "Crocker,Stephen" <crocker@uchc.edu> wrote:

Hi Mike,
Today is Veterans day and a university holiday. I'm on my way back and will try to update tomorrow.
Best,
Steve

Stephen J. Crocker, Ph.D.
Associate Professor, Department of Neuroscience
Glial Pathology Lab
CT Institute for the Brain and Cognitive Sciences
University of Connecticut School of Medicine
Farmington, CT 06030
MC3401

Twitter: @GlialLab
Office: (860) 679-8750
Lab: (860) 679-8094
Fax: (860) 679-7656

_____

From: Michael Goldberg [MGoldberg@macrophagetx.com]
Sent: Monday, November 12, 2018 11:47 AM
To: Crocker, Stephen
Subject: Re: Wednesday Update

When you get a minute can you have Brianna or the student taking care of macro mouse send you, to forward to us, an update. Today is day 40. So if macro mouse is still "hanging in there" i.e active, mild tremor and not losing weight I will start to get excited.

Also any new litters over the weekend?

Have you or any of your colleagues at UConn worked with the Scruffy Mouse? It models IPEX which is a rare fatal disease in humans based on low Tregs. GC's are used, then immunosuppressive agents, but Stem cells are only therapy that works and its dangerous and not that effective. I like what I see of the mouse model as it is more amenable to peripheral vs CNS therapeutics as compared to Krabbe, and there are strong phenotypic signs as early as 21 days in the mouse. I have more work to do but hopefully the litters are more likely to adhere to expected homozygous yields than the twi mouse model. Jackson Labs sells the hetero mice and along with electro spray Psychosine data you are generating in the twi mouse it may provide evidence of peripheral activity as compared to CNS activity. We have new much lower MW agents (3.5K and now 1K vs 10K) and we have head to head data in an RA model that suggests the lower MW agents may be MORE effective. As soon as we get a few more twi's on our 10K agent and the psychosine levels of twi's vs treated, CNS vs Peripheral, we should consider trying the lower MW agents in the twi, as it will be a lot more bioavailable across the BBB.

Thanks,

Mike

Michael M. Goldberg, M.D.
Chairman & CEO
MACROPHAGE THERAPEUTICS
560 Sylvan Ave, Third Floor | Englewood Cliffs, NJ 07632
Office: (201) 731-4023 | Cell: (917) 993-3533
mgoldberg@macrophagetx.com


On 11/9/18, 2:26 PM, "Crocker, Stephen" <crocker@uchc.edu> wrote:

Still holding weight ith mild tremor. So same. Impressive little guy!

Stephen J. Crocker, Ph.D.
Associate Professor, Department of Neuroscience
Glial Pathology Lab
CT Institute for the Brain and Cognitive Sciences
University of Connecticut School of Medicine
Farmington, CT 06030
MC3401

Twitter: @GlialLab

Office: (860) 679-8750
Lab: (860) 679-8094
Fax: (860) 679-7656

_____
From: Michael Goldberg [MGoldberg@macrophagetx.com]
Sent: Friday, November 9, 2018 2:06 PM
To: Crocker,Stephen
Subject: Re: Wednesday Update

Plodding along or Looking good? thanks

Michael M. Goldberg, M.D.
Chairman & CEO
MACROPHAGE THERAPEUTICS
560 Sylvan Ave, Third Floor | Englewood Cliffs, NJ 07632
Office: (201) 731-4023 | Cell: (917) 993-3533
mgoldberg@macrophagetx.com


On 11/9/18, 2:05 PM, "Crocker,Stephen" <crocker@uchc.edu> wrote:

Hi Mike,
Between flights.
Tech starts officially today.
Mighty mouse is still plodding along.
Will get back to you about the documents.
Best,
Steve

Stephen J. Crocker, Ph.D.
Associate Professor, Department of Neuroscience
Glial Pathology Lab
CT Institute for the Brain and Cognitive Sciences
University of Connecticut School of Medicine
Farmington, CT 06030
MC3401

Twitter: @GlialLab
Office: (860) 679-8750
Lab: (860) 679-8094
Fax: (860) 679-7656

_____
From: Michael Goldberg [MGoldberg@macrophagetx.com]
Sent: Friday, November 9, 2018 1:51 PM
To: Crocker,Stephen
Subject: Re: Wednesday Update

Steve,

The check will go out at the next check run from when it was submitted. I believe the runs are every two weeks.
Has Briana started? What did you think of the documents Joel created? Are they OK let me know of any edits and I will have them made ASAP?
How is "Macro Mouse" doing - now day 37 - any new litters?

Safe travels,

Mike
Michael M. Goldberg, M.D.
Chairman & CEO
MACROPHAGE THERAPEUTICS
560 Sylvan Ave, Third Floor | Englewood Cliffs, NJ 07632
Office: (201) 731-4023 | Cell: (917) 993-3533
mgoldberg@macrophagetx.com<mailto:mgoldberg@macrophagetx.com>

From: "Crocker,Stephen" <crocker@uchc.edu>
Date: Wednesday, November 7, 2018 at 2:54 PM
To: Michael Goldberg <MGoldberg@macrophagetx.com>
Subject: Re: Wednesday Update

Hi Mike,

I will be meeting with the tech tomorrow. I haven't had a chance as yet. The experiment is still running - the mouse is still hanging in there.

In terms of updates. Please have Joel send me the spreadsheet for updating. We have several people working on different aspects of the project and so I would prefer to maintain oversight of the project as the day-to-day needs and who is reporting what will change over time.

I have to travel out of the country for my aunt's memorial service Friday and I have another study section next week. I am hoping to have the administrative stuff resolved by mid-next week to officially get Briana started. We are still awaiting the check for deposit to complete the paperwork.

No new litters.

Steve

Stephen J. Crocker, Ph.D.
Associate Professor, Department of Neuroscience
Glial Pathology Lab
CT Institute for the Brain and Cognitive Sciences
University of Connecticut School of Medicine
Farmington, CT 06030
MC3401

Twitter: @GlialLab
Office: (860) 679-8750
Lab: (860) 679-8094
Fax: (860) 679-7656

_____
From: Michael Goldberg <MGoldberg@macrophagetx.com>
Sent: Wednesday, November 7, 2018 1:42 PM
To: Crocker,Stephen
Subject: Wednesday Update

Steve,

You mentioned you were planning to meet with the part time lab tech this AM and map out a schedule. Can we also put him/her in touch with Joel so we can provide a simple spread sheet that can be maintained on line to follow progress on the various initiatives and to ensure we have material in place as we start dosing a lot more with the expected surge in litters!

Today is P35 for our one ongoing subject. How is he doing relative to the last report on Monday? Weight, activity, twitching, hind leg weakness any other observations that you can report? Any new litters?

Confidential

Thanks,

Mike

Michael M. Goldberg, M.D.
Chairman & CEO
MACROPHAGE THERAPEUTICS
560 Sylvan Ave, Third Floor | Englewood Cliffs, NJ 07632
Office: (201) 731-4023 | Cell: (917) 993-3533
mgoldberg@macrophagetx.com<mailto:mgoldberg@macrophagetx.com>

| | |
|---|---|
| From: | Jeffrey Arnold <arnoldjeffrey99@gmail.com> |
| To: | Michael Goldberg |
| CC: | Joel Kaufman; Dave Ralph |
| Sent: | 8/22/2018 12:11:05 PM |
| Subject: | Re: catching up |

Hi Michael,

Yes, I'm back this week. I've been working on the dex analysis for the new MT-2003 batch. It's taken some time to get it all worked out since it's a new lab and I usually did not run the analysis. After a call with my old analytical chemist it's all worked out.

MT-2003 (JA-01-08-1) 800 mg 19 mannose/ 14 linkers/ 3 dexamethasones

Total dexamethasone 5.85% wt/wt
Free dexamethasone 0.25% wt/wt
Bound is 5.60% wt/wt which is exactly 3 dexamethasone per chain (Mw 21,059 g/mol)

Joel reached out that I send 50 mg of this material to the Salzman Group which will go out today. Let me know if the remainder of this material should be sent anywhere?

I was only able to get 19 mannose on the MT-2002 (27 mannose) backbone and I'm working on preparing more Mannose. This pushes the project completion to the first week of September.

Regards,

Jeff


On Aug 22, 2018, at 10:50 AM, Michael Goldberg <MGoldberg@macrophagetx.com> wrote:

Jeff,

If my recollection is correct you should be back from camping and close to finishing the 2 grams of MT 2002 (~26 mannose). What is the current schedule?

Thanks,

Mike

**Michael M. Goldberg, M.D.**
Chairman & CEO
**MACROPHAGE** THERAPEUTICS
560 Sylvan Ave, Third Floor | Englewood Cliffs, NJ 07632
Office: (201) 731-4023 | Cell: (917) 993-3533
mgoldberg@macrophagetx.com

| | |
|---|---|
| From: | Align Wong <alignbioscience@yahoo.com> |
| To: | Michael Goldberg |
| Sent: | 1/1/2019 8:47:37 PM |
| Subject: | Fw: Update request - Case# 01064671 |

Mike,

Please see email regarding Scurfy mice below. Jax is waiting for genotyping results. it should be soon.

I will contact Kellie reschedule time for CC to morrow.

Best,

NF

----- Forwarded Message -----
**From:** O'connor, Kathleen <Kathleen_OConnor@NYMC.EDU>
**To:** alignbioscience@yahoo.com <alignbioscience@yahoo.com>
**Sent:** Monday, December 31, 2018, 1:33:50 PM EST
**Subject:** FW: Update request - Case# 01064671

Here Is the answer I got from Jackson

Best,

Kathleen

**From:** JAX® Mice, Clinical & Research Services <orderquest@jax.org>
**Sent:** Monday, December 31, 2018 12:57 PM
**To:** O'connor, Kathleen <Kathleen_OConnor@NYMC.EDU>
**Subject:** Update request - Case# 01064671

Dear Kathleen O'Connor,

For SO#4403460, we are waiting for genotyping results and should have them this week. The order can be scheduled by the end of the week. If there is any delay, we will update with new estimated dates. Thank you.

Kind regards,
Danny Nguyen

How was my service today?

Your feedback is valuable and will only take a few minutes.

Danny Nguyen
Customer Service Lead
JAX® Mice, Clinical and Research Services

**DID YOU KNOW?**
To better serve your research needs our customer service department is now open around the clock. Our new hours of operation are from 6:30pm Sunday through 8:00pm Friday North American Eastern Time.

**CONTACT US**

**Phone:**

| | |
|---|---|
| US, Canada, Puerto Rico | 1-800-422-6423 |
| Belgium | 800 26 284 |
| China (Mainland) | 400 039 6030 |
| France | 805 080 211 |
| Germany | 800 723 9477 |
| Hungary | 800 88 186 |
| Singapore | 315 81 311 |
| Slovakia | 800 601 046 |
| Switzerland | 80 000 09 71 |
| United Kingdom | 800 0488 133 |
| All other International locations | +1 207-288-5845 |

**Email:**
orderquest@jax.org

**Web:**
www.jax.org/jaxmice

*Leading the search for tomorrow's cures*

Please do not modify the information below this line as it auto directs communications to your case.

Case: 01064671
[ ref:_00DU0HMBS._5000BqH7w9:ref ]

| | |
|---|---|
| **From:** | Raphael Mayer <notifications@greeninvoice.co.il> |
| **To:** | Michael Goldberg |
| **Sent:** | 9/13/2018 4:02:37 AM |
| **Subject:** | Receipt 10331 - Smart Assays Biotechnologies Ltd |



Raphael Mayer

**Macrophage Therapeutics Work Plan 9.5: Establishing assays based on reporter genes for macrophage differentiation**

Hello Macrophage Therapeutics, Inc.,

You've received a document from Raphael Mayer

Download File

Can't download the file? press here

Please do not reply to this email



Saves time and money · Helps managing your business · Rich with advanced features · Available from any device
30-Days Free Trial

| | |
|---|---|
| **From:** | Prakash Jagtap <jagtap@salzgrp.com> |
| **To:** | Michael Goldberg; Andrew Salzman |
| **Sent:** | 1/21/2019 10:56:40 AM |
| **Subject:** | Re: Meeting request |

I will set up a call for 1:00 pm and email the details.
Thanks,

Prakash

*Sent from my LG X venture, an AT&T 4G LTE smartphone*

------ Original message------
**From:** Michael Goldberg
**Date:** Mon, Jan 21, 2019 10:54 AM
**To:** Prakash Jagtap;Andrew Salzman;
**Cc:**
**Subject:**Re: Meeting request

Yes. I will be available anytime it works for the two of you?

**Michael M. Goldberg, M.D.**
Chairman & CEO
**MACROPHAGE** THERAPEUTICS
560 Sylvan Ave, Third Floor | Englewood Cliffs, NJ 07632
Office: (201) 731-4023 | Cell: (917) 993-3533
mgoldberg@macrophagetx.com


**From:** Prakash Jagtap <jagtap@salzgrp.com>
**Date:** Monday, January 21, 2019 at 10:22 AM
**To:** Michael Goldberg <MGoldberg@macrophagetx.com>, Andrew Salzman <salzman@salzgrp.com>
**Subject:** Meeting request

Hi Michael,

We would like to discuss the status and priorities of dextran -mannose-dexamethasone conjugates.

Are you available tomorrow after noon? I will set up a call. Please let us know.

Best,

Prakash

Prakash Jagtap, Ph.D.
Vice-President of Chemistry

Salzman Group
100 Cummings Center, 412G
Beverly, MA 01915
Phone (978) 969 3195 X 2003

Cell: 978 223 5200

email: jagtap@salzgrp.com



IL: 972-4-843-5569
US: 1-978-896-3195
Technological Building, Road #4
Katzrin, 12900 Israel


STATEMENT OF CONFIDENTIALITY This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

STATEMENT OF CONFIDENTIALITY This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.