# EXHIBIT 25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Navidea Biopharmaceuticals Litigation | Case No. 19-cv-01578–VEC<br><br>Hon. Valerie E. Caproni, U.S.D.J. |

### DECLARATION OF MICHAEL M. GOLDBERG, M.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1. I am the Defendant/Counterclaim Plaintiff/Third-Party Plaintiff in the above-captioned action.

2. From 2015 until in or about 2021 I was a director of Third-Party Defendant Macrophage Therapeutics, Inc. (Macrophage").

3. In or about 2021 I received notice from Platinum-Montour Life Sciences LLC, the majority preferred shareholder of Macrophage that I had been removed from Macrophage's board of directors.

Dated: June 29, 2023

*/s/ Michael M. Goldberg*