UNITED STATES DISTRICTOURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Navidea Biopharmaceuticals Litigation | Case No. 1:19-cv-01578-VEC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF/COUNTERCLAIM DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

**THIS MATTER** having come before the Court on the motion of Plaintiff/Counterclaim Navidea Biopharmaceuticals and Third-Party Defendant Macrophage Therapeutics, for an Order granting Plaintiff and Third-Party Defendant's Motion for Summary Judgment, and the Court having considered the submissions of the parties and arguments of counsel, if any, and for good cause shown;

**IT IS** on this _____ day of _____, 2023

**ORDERED** that Plaintiff/Counterclaim Defendant's Motion for Summary Judgment be, and hereby is, **DENIED** in its entirety.

.

Date: _____, 202_  
New York, New York

_____  
**Hon. Valerie E. Caproni**  
United States District Judge