USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NAVIDEA BIOPHARMACEUTICALS
LITIGATION

Case No.: 1:19-cv-01578-VEC

**MOTION TO WITHDRAW MOHAMMAD KARIM SABBIDINE AS COUNSEL FOR PLAINTIFF NAVIDEA BIOPHARMACEUTICALS, INC. AND THIRD-PARTY DEFENDANT MACROPHAGE THERAPEUTICS, INC.**

Pursuant to Local Civil Rule 1.4 counsel hereby moves this Court for an order withdrawing Mohammad Karim Sabbidine as counsel for Plaintiff Navidea Biopharmaceuticals, Inc. ("Navidea") and Third-Party Defendant Macrophage Therapeutics, Inc. ("Macrophage").

I no longer represent Navidea and Macrophage. Barry M. Kazan and Timothy J. Quill, Jr. of the law firm Mintz & Gold LLP will continue to represent Navidea and Macrophage in this matter.

Dated: New York, New York
September 14, 2023

Respectfully submitted,

THOMPSON HINE LLP

By: /s/Mohammed Karim Sabbidine
Mohammed Karim Sabbidine
300 Madison Avenue, 27th Floor
New York, New York 10017-4611
Tel. (212) 344-5680
Fax (212) 344-6101
Karim.Sabbidine@thompsonhine.com

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Dated: September 15, 2023

The Clerk of Court is respectfully directed to terminate Mr. Mohammed Karim Sabbidine as counsel on the docket.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with the Court on September 14, 2023 and will be served upon all counsel of record via CM/ECF.

<u>/s/Mohammed Karim Sabbidine</u><br>
Mohammed Karim Sabbidine