USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NAVIDEA BIOPHARMACEUTICALS LITIGATION

Case No: 1:19-cv-01578-VEC

**ORDER**

**UPON** reading of the annexed Affirmation of Barry M. Kazan, dated June 10, 2024, and all prior pleadings and proceedings heretofore had herein,

**IT IS HEREBY ORDERED** that the Court will hold a conference on Plaintiff's counsel's motion to withdraw as counsel on Monday, June 17, 2024 at 2:30 P.M. in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, NY 10007. Both parties must appear at this conference. A client representative of Navidea and Macrophage must also appear at this conference.

**IT IS FURTHER ORDERED** that Plaintiff's counsel is ordered to serve a copy of this order and the papers upon which it is granted by e-mail on Navidea and Macrophage at cdais@navidea.com and jks3@cheqnet.net with additional copies to be sent via Federal Express to Navidea and Macrophage at 4100 Horizons Drive, Suite 205, Columbus, OH, by no later than June 12, 2024 at 5:00 P.M. and file proof of service on the docket by June 13, 2024.

Date: June 11, 2024

**SO ORDERED**

_____
**HON. VALERIE CAPRONI**
U.S. District Judge