```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:                            19-CV-1578 (VEC)
IN RE: NAVIDEA BIOPHARMACEUTICALS   :
LITIGATION                                          :             ORDER
:
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 11, 2024, Mintz & Gold ("M&G"), Navidea's counsel, filed a motion to withdraw as counsel, *see* Dkt. 352;

WHEREAS the parties appeared before the Court on June 17, 2024; and

WHEREAS Navidea represented that it does not object to M&G being relieved and indicated it intends to hire counsel to represent it in this case.

IT IS HEREBY ORDERED that because a corporation may not appear in federal court *pro se*, *Kaplan v. Bank Saderat PLC*, 77 F.4th 110, 116 n.8 (2d Cir. 2023), Navidea must retain new counsel and that new counsel must file a notice of appearance before close of business on **July 17, 2024**.

IT IS FURTHER ORDERED the parties must appear before the Court for a status conference on July 19, 2024 at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that M&G must serve this order on Navidea by June 18, 2024 and file proof of service on the docket by June 19, 2024.

IT IS FURTHER ORDERED THAT M&G's motion to withdraw as Navidea's counsel is GRANTED effective June 19, 2024, contingent on compliance with the requirement to serve a copy of this order on Navidea.

2

      IT IS FURTHER ORDERED that Goldberg's counsel must file a letter requesting that Mr. Weisbrot be terminated as counsel given his passing.

**SO ORDERED.**

Date:  **June 17, 2024**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**