Case 1:19-cv-01578-VEC-VF   Document 359   Filed 06/18/24   Page 1 of 1

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/24
```

# Gregory Zimmer, Esq.

GZimmer@GZimmerLegal.com
O: (914) 402-5683
M: (516) 991-1116

June 18, 2024

**VIA ECF**

Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 443
New York, New York 10007

Re: *In re Navidea Biopharmaceuticals Litigation, Case No. 19-cv-01578–VEC*

Dear Judge Caproni:

I represent Defendant/Counterclaim Plaintiff/Third-Party Plaintiff Dr. Michael M. Goldberg, M.D. in the above-referenced matter. I write pursuant to the instructions of your Courtroom Deputy at yesterday's hearing and your order issued yesterday following the hearing to formally request that the Court note that attorney N. Ari Weisbrot no longer represents Dr. Goldberg in this matter. The reason for this request is that Mr. Weisbrot sadly passed away in 2021.

Thank for your attention to this matter.

Respectfully submitted,

/s/ Gregory Zimmer, Esq.

Gregory Zimmer, Esq.
142 New Chalet Drive
Mohegan Lake, NY 10547
(914) 402-5683
GZimmer@GZimmerLegal.com

cc: Barry Kazan, Esq.
    Karim Sabbidine, Esq.

---

Application GRANTED. The Clerk of Court is respectfully directed to terminate Mr. Weisbrot as counsel for Dr. Goldberg.

SO ORDERED.            6/18/24

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

142 New Chalet Drive                                                                 Mohegan Lake, New York 10547