USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NAVIDEA BIOPHARMACEUTICALS LITIGATION

Case No: 1:19-cv-01578-VEC-VF

ECF Case

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   }
                    }ss.:
COUNTY OF NEW YORK  }

JOHN KENNEDY, being duly sworn, deposes and says as follows:

1. I am over the age of eighteen, not a party to this action and reside in New York, NY.

2. On June 18, 2024, I caused to be served a true and correct copy of an **ORDER** (Dkt. 355), **LETTER** (Dkt. 356) and **ENDORSED LETTER** (Dkt. 357) in the above-captioned case via email to cdais@navidea.com and jks3@cheqnet.net, with additional copies served via Federal Express overnight delivery upon:

Navidea Biopharmaceuticals
4100 Horizons Dr, Suite 205
Columbus, OH 43220

Macrophage Therapeutics
4100 Horizons Dr, Suite 205
Columbus, OH 43220

_____
John Kennedy

Sworn to before me this
19th day of June, 2024

_____
Notary Public

BENJAMIN SCOTT COTLER
Notary Public, State of New York
No. 02CO0019957
Qualified in Nassau County
Commission Expires January 17, 2028

The Clerk is respectfully directed to terminate Mintz & Gold LLP as counsel for Navidea and Macrophage.

SO ORDERED.

_Valerie Caproni_   6/20/24

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE