USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 19-CV-1578 (VEC)
IN RE: NAVIDEA BIOPHARMACEUTICALS :
LITIGATION : ORDER
:
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court for a conference on August 21, 2024.

IT IS HEREBY ORDERED that the trial currently scheduled for November 4, 2024 is ADJOURNED to **December 9, 2024** at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED the pretrial submissions set forth by the Court's Opinion and Order at Dkt. 339 are ADJOURNED as follows:

- Motions in limine are due **October 4, 2024**; oppositions are due **October 18, 2024**.

- The parties' joint pretrial order, requests to charge, and proposed voir dire questions are due **November 8, 2024**.

IT IS FURTHER ORDERED that the final pretrial conference will take place on **December 5, 2024** at 2:30 P.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that if Navidea decides to move to compel Plaintiff's prior counsel to turn over the litigation files in this case, that motion must be filed by no later than **September 4, 2024**.

**SO ORDERED.**

Date:  August 21, 2024
       New York, New York

_____
VALERIE CAPRONI
United States District Judge