USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                           :

IN RE: NAVIDEA BIOPHARMACEUTICALS   :          19-CV-1578 (VEC)
LITIGATION                                        :                ORDER
                                                            :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Thompson Hine ("Thompson") withdrew as counsel for Navidea and Macrophage on September 14, 2023 without providing an explanation and without stating whether the firm is asserting a retaining or charging lien, *see* Dkt. 337;

       WHEREAS Mintz & Gold ("M&G") withdrew as counsel on June 10, 2024, and Barry Kazan's affirmation stated "M&G is not asserting a retaining or charging lien in this action at the present time," *see* Dkt. 352;

       WHEREAS Navidea and Macrophage retained Winstead as counsel, who first informed the Court on July 16, 2024 that Thompson and M&G were asserting a retaining lien on the litigation files, *see* Dkt. 365;

       WHEREAS on September 4, 2024, Plaintiff Navidea Biopharmaceuticals, Inc., and Third-Party Defendant Macrophage Therapeutics, Inc., filed a motion to compel ("Motion") their prior counsel, Thompson Hine LLP ("Thompson") and Mintz & Gold LLP ("M&G"), to transfer the litigation files related to their representation in this matter, *see* Mot., Dkt. 372; and

       WHEREAS Navidea and Macrophage served the Motion on Thompson and M&G on September 4, 2024, *see* Dkt. 374, and neither firm filed a response.

       IT IS HEREBY ORDERED that Thompson and M&G must respond to the Motion by no later than Wednesday September 25, 2024, or the Court will presume that they are not objecting to the relief sought by the Motion.

**SO ORDERED.**

**Date:  September 23, 2024**
      **New York, New York**

                         **VALERIE CAPRONI**
                         **United States District Judge**