```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:    19-CV-1578 (VEC)
IN RE: NAVIDEA BIOPHARMACEUTICALS    :
LITIGATION    :    ORDER
:
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties' Joint Pretrial Order ("JPTO") indicates that the parties view Navidea as the Plaintiff and Dr. Goldberg as the Defendant, *see* Dkt. 386;

WHEREAS the only claim left to be tried is Dr. Goldberg's counterclaim against Navidea; and

WHEREAS as to that claim, Dr. Goldberg is the Plaintiff, and Navidea is the Defendant.

IT IS HEREBY ORDERED that during trial, Dr. Goldberg will present his case first. The parties do not need to alter the JPTO; however, the parties must re-number their exhibits and prepare corrected exhibit lists for the Court by the date of the final pretrial conference on December 12, 2024. The parties should only change the letter designation of the exhibits listed in the JPTO (*i.e.*, P-1 changes to D-1 and vice versa).

**SO ORDERED.**

Date: November 22, 2024
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**