USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :   19-CV-1578 (VEC)
IN RE: NAVIDEA BIOPHARMACEUTICALS                              :
LITIGATION                                                     :   ORDER
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the final pretrial conference is scheduled on **December 12, 2024** at **2:30 P.M.**

IT IS HEREBY ORDERED that the final pretrial conference will take place on **December 12, 2024** at **1:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: **December 10, 2024**
      New York, New York

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**