USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 19-CV-1578 (VEC)
IN RE: NAVIDEA BIOPHARMACEUTICALS :
LITIGATION : ORDER
:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 13, 2024, Dr. Goldberg filed a motion seeking pre-trial relief (the "Motion"), *see* Dkt. 398; and

WHEREAS the Motion seeks the Court to declare that "the written agreement dated August 14, 2018 (the "August Agreement") between Dr. Goldberg, Plaintiff/Counterclaim Defendant Navidea Biopharmaceuticals, Inc. ("Navidea") and Third Party Defendant Macrophage Therapeutics, Inc. ("Macrophage") is a valid, binding contract is an undisputed fact in this action," *see* Goldberg Mem. at 1, Dkt. 399.

IT IS HEREBY ORDERED THAT Navidea is ordered to file a response to the Motion by December 14, 2024 at 6:00 P.M.

**SO ORDERED.**

Date: **December 14, 2024**
      **New York, New York**

_____
**VALERIE CAPRONI
United States District Judge**