```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                            :

IN RE: NAVIDEA BIOPHARMACEUTICALS    :     19-CV-1578 (VEC)
LITIGATION                                          :             ORDER
                                                            :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on December 13, 2024, Dr. Goldberg filed a motion seeking pre-trial relief (the "Motion"), *see* Dkt. 398; and

        WHEREAS on December 14, 2024, Navidea filed its opposition to the Motion, *see* Dkt. 401.

        IT IS HEREBY ORDERED THAT the parties must appear before the Court for a conference on **Monday, December 16, 2024** at **9:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The Court will address the Motion at that time.

        IT IS FURTHER ORDERED THAT trial will commence on **December 16, 2024** at **9:30 A.M.**

**SO ORDERED.**

Date: December 15, 2024
        New York, New York

                                                                  **VALERIE CAPRONI**
                                                               **United States District Judge**