USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                        :

IN RE: NAVIDEA BIOPHARMACEUTICALS   :
LITIGATION                                      :
                                        :
-------------------------------------------------------------- X

19-CV-1578 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 13, 2024, Dr. Goldberg filed a motion seeking pre-trial relief (the "Motion"), *see* Dkt. 398;

WHEREAS December 15, 2024, Dr. Goldberg filed a second motion seeking pre-trial relief (the "Second Motion"), *see* Dkt. 402; and

WHEREAS the parties appeared before the Court on December 16, 2024 at 9:00 A.M. (the "Conference").

IT IS HEREBY ORDERED THAT for the reasons stated at the Conference, Plaintiff's motions are DENIED.

The Clerk of Court is respectfully directed to terminate the open motions at Dkt. Entries 398 and 402.

**SO ORDERED.**

Date:  December 17, 2024
         New York, New York

                                                               **VALERIE CAPRONI**
                                                               **United States District Judge**