UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE: NAVIDEA BIOPHARMACEUTICALS

LITIGATION                                                          1:19-cv-01578-VEC-VF

------------------------------------------------------------X

## NOTE FROM JURY

### PLEASE PRINT

Message: We have reached a verdict.

Print Name: [redacted]

Sign Name: [redacted]

Date: 18 December 2024

Time: 14:40 PM

---

THIS SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 7

RECEIVED ON: 12/18, 2024

TIME RECEIVED: 2:50   [ ] A.M.  [X] P.M.