# Gregory Zimmer, Esq.

GZimmer@GZimmerLegal.com
O:  (914) 402-5683
M:  (516) 991-1116

March 24, 2025

**VIA ECF**

Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 443
New York, New York  10007

Re:  *In re Navidea Biopharmaceuticals Litigation, Case No. 19-cv-01578–VEC*

Dear Judge Caproni:

     I represent Counterclaim Plaintiff, Dr. Michael M. Goldberg, M.D. ("Dr. Goldberg") in the referenced action.  I enclose herein a copy of my monthly billing records for calendar year 2024, comprising Exhibit Y to Dr. Goldberg's attorneys' fee application, which was inadvertently omitted from Dr. Goldberg's earlier filing.

     Thank you for your attention to this matter.

Respectfully submitted,

/s/ Gregory Zimmer, Esq.

Gregory Zimmer, Esq.
142 New Chalet Drive
Mohegan Lake, NY 10547
(914) 402-5683
GZimmer@GZimmerLegal.com

cc:  James G. Ruiz, Esq.
    Elin Eisenhower, Esq.

**GREGORY ZIMMER, ESQ.**
142 New Chalet Drive
Mohegan Lake, New York  10547

May 2, 2024

**<u>VIA ELECTRONIC MAIL</u>**

Michael M. Goldberg, M.D.
207 Booth Avenue
Englewood, NJ 07631
MGoldberg@MontaurCap.com

    INVOICE NUMBER:  0017
    MATTER NUMBER:  03 – PPVA Dispute

| Date | Description | HOURS |
|---|---|---|
| 4/02/2024 | GREGORY ZIMMER<br>Review expert issues re damages in preparation for oral argument on motion to strike M. Goldberg expert disclosure. | 1.70 |
| 4/03/2024 | GREGORY ZIMMER<br>Prepare for and participate in oral argument re motion to strike M. Goldberg expert disclosure. | 2.20 |
| 4/04/2024 | GREGORY ZIMMER<br>Review expert deposition in preparation for preparing expert report of M. Goldberg; review M.Goldberg notes on PPVA expert report; t/c w/ M. Kook re M. Goldberg expert report. | 2.10 |
| 4/05/2024 | GREGORY ZIMMER<br>Review PPVA expert deposition i/c/w preparation of expert report of of M. Goldberg. | 1.50 |
| 4/06/2024 | GREGORY ZIMMER<br>Review PPVA expert deposition i/c/w preparation of expert report of of M. Goldberg. | 1.20 |
| 4/08/2024 | GREGORY ZIMMER<br>T/c w/ M. Goldberg and M. Kook re M. Goldberg expert report. | 0.50 |
| 4/10/2024 | GREGORY ZIMMER<br>Work on M. Goldberg expert report; t/c w/ M. Goldberg re same. | 2.00 |
| 4/11/2024 | GREGORY ZIMMER<br>Continue drafting M. Goldberg expert report; t/c w/ M. Goldberg re expert and valuation issues. | 3.50 |

Michael M. Goldberg, M.D.                                                                 May 2, 2024
                                                                                           Page 2

| Date | Description | Amount |
|---|---|---|
| 4/12/2024 | GREGORY ZIMMER<br>Prepare M. Goldberg expert report. | 5.00 |
| 4/13/2024 | GREGORY ZIMMER<br>Prepare M. Goldberg expert report. | 5.50 |
| 4/15/2024 | GREGORY ZIMMER<br>Prepare M. Goldberg expert report; t/cs w/ M. Goldberg and M. Koook re same. | 4.10 |

                                                                                          **Amount**

                                                                                          $11,720.00

**Courtesy Discount Applied:**                                                            **-$1,000.00**

**Balance Due:**                                                                          **$10,720.00**

Michael M. Goldberg, M.D.                                                                May 2, 2024
                                                                                          Page 3

## Timekeeper Summary

| Name | HOURS | Rate | |
|---|---|---|---|
| GREGORY ZIMMER | 29.30 | 400.00 | $11,720.00 |
| | | TOTAL FEES | $11,720.00 |

GREGORY ZIMMER, ESQ.
142 New Chalet Drive
Mohegan Lake, New York  10547

June 10, 2024

**VIA ELECTRONIC MAIL**

Michael M. Goldberg, M.D.
560 Sylvan Ave, Third Floor
Englewood Cliffs, NJ 07632
MGoldberg@MontaurCap.com

INVOICE NUMBER:  0050
MATTER NUMBER:  01 – Navidea/Macrophage Dispute

|  |  | HOURS |
|---|---|---:|
| 5/06/2023 | GREGORY ZIMMER<br>Review draft reply re cross-motion for reconsideration. | 0.50 |
| 5/16/2024 | GREGORY ZIMMER<br>T/c w/ M. Golberg re potential settlement and terms. | 1.00 |
| 5/21/2024 | GREGORY ZIMMER<br>Review *Daubert* decision i/c/w preparing settlement proposal; trial scheduling issues; corresp. w/ M. Goldberg re same; legal research re pre-judgment interest. | 2.70 |
| 5/22/2024 | GREGORY ZIMMER<br>Additional issues re interest calculation; t/c w/ M. Goldberg re settlement; research discount for lack of marketability issues i/c/w *Daubert* issues; corresp. w/ M. Goldberg re same. | 1.20 |
| 5/23/2024 | GREGORY ZIMMER<br>Corresp. re damages issues. | 0.30 |
| 5/24/2024 | GREGORY ZIMMER<br>Draft settlement proposal to Navidea. | 0.70 |

Michael M. Goldberg, M.D. June 10, 2023
Page 2

| Date | Description | |
|---|---|---|
| 5/29/2024 | GREGORY ZIMMER<br>Revise settlement proposal to Navidea. | 0.50 |

<u>Amount</u>

$2,760.00

**Balance Due:** **$2,760.00**

Michael M. Goldberg, M.D.                                                                June 10, 2023
                                                                                              Page 3

Timekeeper Summary

| Name | HOURS | Rate | |
|---|---|---|---|
| GREGORY ZIMMER | 6.90 | 400.00 | $2,760.00 |
| | | TOTAL FEES | $2,760.00 |

GREGORY ZIMMER, ESQ.<br>
142 New Chalet Drive<br>
Mohegan Lake, New York  10547

July 8, 2024

**<u>VIA ELECTRONIC MAIL</u>**

Michael M. Goldberg, M.D.
560 Sylvan Ave, Third Floor
Englewood Cliffs, NJ 07632
MGoldberg@MontaurCap.com

INVOICE NUMBER:  0051
MATTER NUMBER:  01 – Navidea/Macrophage Dispute

| Date | | HOURS |
|---|---|---|
| 6/06/2024 | GREGORY ZIMMER<br>Review reconsideration decision; corresp. w. M. Goldberg re same. | 0.50 |
| 6/07/2024 | GREGORY ZIMMER<br>T/c w/ W. Fang re reconsideration decision and next steps. | 0.50 |
| 6/10/2024 | GREGORY ZIMMER<br>T/c W/ W, Fang re B. Kazan withdrawal motion. | 0.20 |
| 6/11/2024 | GREGORY ZIMMER<br>T/c w/ M. Goldberg re B. Kazan withdrawal motion and implications for action going forward. | 0.50 |
| 6/14/2024 | GREGORY ZIMMER<br>T/cs w/ M. Goldberg and J. Delgado re case status. | 0.70 |
| 6/17/2024 | GREGORY ZIMMER<br>Participate in Court hearing re B. Kazan withdrawal motion; t/c w/ M. Goldberg re same; corresp. w/ Lowenstein team re same. | 1.70 |
| 5/29/2024 | GREGORY ZIMMER<br>Revise settlement proposal to Navidea. | 0.50 |
| | | **Amount** |
| | | $1,840.00 |
| | **Balance Due:** | **<u>$1,840.00</u>** |

Michael M. Goldberg, M.D.                                                                July 8, 2023
                                                                                          Page 2

## Timekeeper Summary

| Name | HOURS | Rate | |
|---|---|---|---|
| GREGORY ZIMMER | 4.60 | 400.00 | $1,840.00 |
| | | TOTAL FEES | $1,840.00 |